# Morris v. The State.

APPEAL from Walker Circuit Court.

Tried before the Hon. JAMES J. BANKS.

COLEMAN &·BANKHED, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling liquor without a license. There was no proof of venue adduced, and it is held, therefore, the general affirmative charge given for the State was erroneous. Reversed and remanded.
Opinion by McCLELLAN, J.